AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.

ANGELINA REYNOLDS
*Defendant*

Case No. 2:24CR207-17
OKED Case No. 24-MJ-188-GLJ

**SEALED**

U.S. MARSHAL SERVICE RECEIVED
2024 MAY 17 PM 4:11
CORPUS CHRISTI, TEXAS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANGELINA REYNOLDS,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
NO BOND.

Date: 05/17/2024

*Issuing officer's signature*

City and state: Corpus Christi, Texas

AnnMarie Salazar, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

United States Courts
Southern District of Texas
FILED

MAY 16 2024

Nathan Ochsner
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | **SEALED** |
| v. | | |
| (1) JESSE MARTINEZ | § | |
|     AKA BARBITAS | § | |
|     AKA CHUY | § | |
| (2) GEORGE GOMEZ, JR. | § | |
|     AKA QUICK | § | CRIMINAL NUMBER |
| (3) DANIEL HERNANDEZ | § | |
|     AKA GORDO | § | **C-24-207** |
|     AKA CABLE MAN | § | |
|     AKA BIG D | § | |
|     AKA MAIL MAN | § | |
| (4) GABRIEL GALINDO | § | |
|     AKA SHORT DOG | § | |
|     AKA FLEA | § | |
| (5) JESUS PINON | § | |
|     AKA TWEETER | § | |
| (6) LUIS RODRIGUEZ | § | |
|     AKA LOU | § | |
| (7) DANIEL LAZCANO | § | |
| (8) JESUSA MARTINEZ | § | |
|     AKA BABY J | § | |
| (9) MIKE AGUILAR | § | |
| (10) JOANN MARTINEZ | § | |
| (11) STEVEN GALINDO | § | |
| (12) CLAUDIA CANTU | § | |
| (13) CARLOS TORRES | § | |
|     AKA DREAMER | § | |
| (14) NATHAN MATA | § | |
| (15) CHRISTOPHER YELEY | § | |
| (16) CASSIDY MOORE | § | |
| (17) ANGELINA REYNOLDS | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about May 1, 2020, and continuing to on or about the date of presentment to the Grand Jury, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

    (1) JESSE MARTINEZ
        AKA BARBITAS
        AKA CHUY
    (2) GEORGE GOMEZ, JR.
        AKA QUICK
    (3) DANIEL HERNANDEZ
        AKA GORDO
        AKA CABLE MAN
        AKA BIG D
        AKA MAIL MAN
    (4) GABRIEL GALINDO
        AKA SHORT DOG
        AKA FLEA
    (5) JESUS PINON
        AKA TWEETER
    (6) LUIS RODRIGUEZ
        AKA LOU
    (7) DANIEL LAZCANO
    (8) JESUSA MARTINEZ
        AKA BABY J
    (9) MIKE AGUILAR
    (10) JOANN MARTINEZ
    (11) STEVEN GALINDO
    (12) CLAUDIA CANTU
    (13) CARLOS TORRES
        AKA DREAMER
    (14) NATHAN MATA
    (15) CHRISTOPHER YELEY
    (16) CASSIDY MOORE
    (17) ANGELINA REYNOLDS,

did knowingly and intentionally conspire and agree together, with each other, and with other

persons known and unknown to the Grand Jury to commit the following offenses against the United States:

1. To possess with intent to distribute a controlled substance, to wit: more than fifty (50) grams of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

2. To possess with intent to distribute a controlled substance, to wit: more than one (1) kilogram of heroin, a Schedule I controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about March 23, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(5) JESUS PINON
AKA TWEETER,
and (17) ANGELINA REYNOLDS,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved less than one hundred (100) grams of heroin, that is, thirty-six and nineteen one-hundredths (36.19) grams of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about July 19, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(14) NATHAN MATA,

did knowingly and intentionally possess with intent to distribute a controlled substance. This

violation involved less than one hundred (100) grams of heroin, that is, approximately forty-five (45) grams of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about August 2, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(4) GABRIEL GALINDO
AKA SHORT DOG
AKA FLEA,
(11) STEVEN GALINDO,
and (13) CARLOS TORRES,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) grams of methamphetamine, that is, twenty-eight (28) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about August 4, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(4) GABRIEL GALINDO
AKA SHORT DOG
AKA FLEA,
(6) LUIS RODRIGUEZ
AKA LOU,
(11) STEVEN GALINDO,

did knowingly and intentionally possess with intent to distribute a controlled substance. This

violation involved more than fifty (50) grams of methamphetamine, that is, one hundred and forty (140) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about September 7, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

> (4) GABRIEL GALINDO
> AKA SHORT DOG
> AKA FLEA,
> and (16) CASSIDY MOORE,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, one-hundred twenty and six-tenths (120.6) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about September 9, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

> (1) JESSE MARTINEZ
> AKA BARBITAS
> AKA CHUY
> (7) DANIEL LAZCANO,
> and (8) JESUSA MARTINEZ
> AKA BABY J,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, approximately seven

thousand nine-hundred and fifty-three (7,953) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about September 21, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

> (1) JESSE MARTINEZ
> AKA BARBITAS
> AKA CHUY,
> (2) GEORGE GOMEZ
> AKA QUICK,
> (4) GABRIEL GALINDO
> AKA SHORT DOG
> AKA FLEA,
> (6) LUIS RODRIGUEZ
> AKA LOU,
> and (9) MIKE AGUILAR,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, approximately two hundred eighty-three (283) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT NINE

On or about October 3, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

> (4) GABRIEL GALINDO
> AKA SHORT DOG

AKA FLEA,
and (15) CHRISTOPHER YELEY,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) grams of methamphetamine, that is, approximately twenty-one and seven-tenths (21.7) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT TEN

On or about March 28, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(1) JESSE MARTINEZ
AKA BARBITAS
AKA CHUY,
and (10) JOANN MARTINEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than one (1) kilogram of heroin, that is, two thousand six (2,006) grams of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about May 16, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(1) JESSE MARTINEZ
AKA BARBITAS
AKA CHUY,
(8) JESUSA MARTINEZ
AKA BABY J,

and (10) JOANN MARTINEZ

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, four-hundred and thirty-six and seven-tenths (436.7) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 21, United States Code, Section 853(a), as a result of the commission of a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as alleged in Counts One, Seven, Eight, Ten, and Eleven of the Indictment, notice is given to the defendants,

(1) JESSE MARTINEZ
AKA BARBITAS
AKA CHUY,
(9) JESUSA MARTINEZ
AKA BABY J,
(10) JOANN MARTINEZ

that the following is subject to forfeiture:

1. All property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2. All property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

### SPECIFIC PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture under Title 21 United States Code, Section 853 includes, but is not limited to, the following:

1. Property seized on May 16, 2023, in Nueces County from premises located at

202A Shawnee Street, Corpus Christi, Texas:

a. $10,086.00 in United States currency, cash.

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

BY: _____
BARBARA J. DE PEÑA
Assistant United States Attorney