CLOSED,PITTS

# U.S. District Court
# Eastern District of Oklahoma (Muskogee)
# CRIMINAL DOCKET FOR CASE #: <u>6:24−mj−00188−GLJ</u> All Defendants

Case title: USA v. Reynolds

Date Filed: 06/12/2024

Date Terminated: 06/13/2024

---

Assigned to: Magistrate Judge
Gerald L. Jackson

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Angelina Reynolds**<br>*TERMINATED: 06/13/2024* | represented by | **Wesley J. Cherry**<br>Foundation Law, PLLC<br>PO Box 758<br>McAlester, OK 74501<br>918−839−6353<br>Fax: 888−622−3181<br>Email: wes.foundationlaw@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level<br>(Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level<br>(Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| 21:846, 841(a)(1) and<br>841(b)(1)(A) − Possession with<br>Intent to Distribute Controlled<br>Substance; 21:841(a)(1),<br>841(b)(1(C), Title 18, U.S.C. Sec. | |

2 – Possession with Intent to
Distribute a Controlled Substance

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Robert A. Wallace** |
| | | US Attorney (OKED) |
| | | 520 Denison Ave |
| | | Muskogee, OK 74401 |
| | | 918–684–5100 |
| | | Fax: 918–684–5150 |
| | | Email: rob.wallace@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Government Attorney* |
| | | |
| | | **Terry Cameron McEwen** |
| | | US Attorney (OKED) |
| | | 520 Denison Ave |
| | | Muskogee, OK 74401 |
| | | 918–684–5174 |
| | | Fax: 918–684–5150 |
| | | Email: Cameron.Mcewen@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2024 | 14 | COMMITMENT to Another District (Rule 5) by Magistrate Judge Gerald L. Jackson as to Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/13/2024) |
| 06/13/2024 | 13 | MINUTE ORDER by Magistrate Judge Gerald L. Jackson finding as moot (12) Oral Motion for Detention as to Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/13/2024) |
| 06/13/2024 | 12 | ORAL MOTION for Detention by USA as to Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/13/2024) |
| 06/13/2024 | 11 | WAIVER of Rule 5 Hearing approved by Magistrate Judge Gerald L. Jackson by Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/13/2024) |
| 06/13/2024 | 10 | MINUTE ORDER by Magistrate Judge Gerald L. Jackson: Pursuant to the Due Process Protections Act, the government is reminded of its obligations pursuant to *Brady v. Maryland* and its progeny to disclose material that is favorable to the defendant and material to defendant's guilt or punishment. The failure to do so in a timely manner may include dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances as to Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/13/2024) |
| 06/13/2024 | 9 | CJA 23 Financial Affidavit by Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/13/2024) |

| 06/13/2024 | 8 | ORDER APPOINTING COUNSEL by Magistrate Judge Gerald L. Jackson granting (7) Oral Motion for Appointment of Counsel as to Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/13/2024) |
|---|---|---|
| 06/13/2024 | 7 | ORAL MOTION for Appointment of Counsel by Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/13/2024) |
| 06/13/2024 | 6 | MINUTES of Proceedings held before Magistrate Judge Gerald L. Jackson: Initial Appearance in Rule 5 (out) Proceedings held on 6/13/2024 as to Angelina Reynolds. Defendant remanded to custody of USMS. (pmb, Deputy Clerk) (Entered: 06/13/2024) |
| 06/13/2024 | 5 | NOTICE of Consent to Proceed Via Video Teleconference as to Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/13/2024) |
| 06/12/2024 | 4 | ATTORNEY APPEARANCE (CJA) by Wesley J. Cherry on behalf of Angelina Reynolds (Cherry, Wesley) (Entered: 06/12/2024) |
| 06/12/2024 | 3 | ATTORNEY APPEARANCE by Terry Cameron McEwen on behalf of USA (McEwen, Terry) (Entered: 06/12/2024) |
| 06/12/2024 | 2 | MINUTE ORDER by Magistrate Judge Gerald L. Jackson setting video conference Initial Appearance – Rule 5 (out) for 6/13/2024 at 2:00 PM in Courtroom 4 before Magistrate Judge Gerald L. Jackson as to Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/12/2024) |
| 06/12/2024 | 1 | RULE 5 PAPERS from Southern District of Texas as to Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/12/2024) |
| 06/12/2024 | | ARREST on Charges Pending in Southern District of Texas (Rule 5 out) as to Angelina Reynolds. (pmb, Deputy Clerk) (Entered: 06/12/2024) |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

SEALED

for the

Southern District of Texas

United States of America

v.

ANGELINA REYNOLDS

*Defendant*

)
)
)
)
)
)

Case No.     2:24CR207-17

OKED Case No. 24-MJ-188-GLJ

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ANGELINA REYNOLDS                                                                                            ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

NO BOND.

Date:        05/17/2024

*Issuing officer's signature*

City and state:     Corpus Christi, Texas

AnnMarie Salazar, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ <br><br> _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

United States Courts
Southern District of Texas
F I L E D

MAY 16 2024

Nathan Ochsner
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | |
| | § | |
| (1) JESSE MARTINEZ | § | |
|     AKA BARBITAS | § | |
|     AKA CHUY | § | |
| (2) GEORGE GOMEZ, JR. | § | |
|     AKA QUICK | § | CRIMINAL NUMBER |
| (3) DANIEL HERNANDEZ | § | |
|     AKA GORDO | § | C-24-207 |
|     AKA CABLE MAN | § | |
|     AKA BIG D | § | |
|     AKA MAIL MAN | § | |
| (4) GABRIEL GALINDO | § | |
|     AKA SHORT DOG | § | |
|     AKA FLEA | § | |
| (5) JESUS PINON | § | |
|     AKA TWEETER | § | |
| (6) LUIS RODRIGUEZ | § | |
|     AKA LOU | § | |
| (7) DANIEL LAZCANO | § | |
| (8) JESUSA MARTINEZ | § | |
|     AKA BABY J | § | |
| (9) MIKE AGUILAR | § | |
| (10) JOANN MARTINEZ | § | |
| (11) STEVEN GALINDO | § | |
| (12) CLAUDIA CANTU | § | |
| (13) CARLOS TORRES | § | |
|     AKA DREAMER | § | |
| (14) NATHAN MATA | § | |
| (15) CHRISTOPHER YELEY | § | |
| (16) CASSIDY MOORE | § | |
| (17) ANGELINA REYNOLDS | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about May 1, 2020, and continuing to on or about the date of

presentment to the Grand Jury, in the Southern District of Texas and elsewhere within

the jurisdiction of the Court, the defendants,

> (1) JESSE MARTINEZ
>     AKA BARBITAS
>     AKA CHUY
> (2) GEORGE GOMEZ, JR.
>     AKA QUICK
> (3) DANIEL HERNANDEZ
>     AKA GORDO
>     AKA CABLE MAN
>     AKA BIG D
>     AKA MAIL MAN
> (4) GABRIEL GALINDO
>     AKA SHORT DOG
>     AKA FLEA
> (5) JESUS PINON
>     AKA TWEETER
> (6) LUIS RODRIGUEZ
>     AKA LOU
> (7) DANIEL LAZCANO
> (8) JESUSA MARTINEZ
>     AKA BABY J
> (9) MIKE AGUILAR
> (10) JOANN MARTINEZ
> (11) STEVEN GALINDO
> (12) CLAUDIA CANTU
> (13) CARLOS TORRES
>     AKA DREAMER
> (14) NATHAN MATA
> (15) CHRISTOPHER YELEY
> (16) CASSIDY MOORE
> (17) ANGELINA REYNOLDS,

did knowingly and intentionally conspire and agree together, with each other, and with other

persons known and unknown to the Grand Jury to commit the following offenses against the United

States:

1. To possess with intent to distribute a controlled substance, to wit: more than fifty (50)

   grams of methamphetamine, a Schedule II controlled substance in violation of Title 21,

   United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

2. To possess with intent to distribute a controlled substance, to wit: more than one (1)

   kilogram of heroin, a Schedule I controlled substance in violation of Title 21, United States

   Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

COUNT TWO

On or about March 23, 2022, in the Southern District of Texas and elsewhere within the

jurisdiction of the Court, the defendant,

(5) JESUS PINON<br>AKA TWEETER,<br>and (17) ANGELINA REYNOLDS,

did knowingly and intentionally possess with intent to distribute a controlled substance. This

violation involved less than one hundred (100) grams of heroin, that is, thirty-six and nineteen one-

hundredths (36.19) grams of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18,

United States Code, Section 2.

COUNT THREE

On or about July 19, 2022, in the Southern District of Texas and elsewhere within the

jurisdiction of the Court, the defendant,

(14) NATHAN MATA,

did knowingly and intentionally possess with intent to distribute a controlled substance. This

violation involved less than one hundred (100) grams of heroin, that is, approximately forty-five (45) grams of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about August 2, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

> (4) GABRIEL GALINDO
> AKA SHORT DOG
> AKA FLEA,
> (11) STEVEN GALINDO,
> and (13) CARLOS TORRES,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) grams of methamphetamine, that is, twenty-eight (28) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about August 4, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

> (4) GABRIEL GALINDO
> AKA SHORT DOG
> AKA FLEA,
> (6) LUIS RODRIGUEZ
> AKA LOU,
> (11) STEVEN GALINDO,

did knowingly and intentionally possess with intent to distribute a controlled substance. This

violation involved more than fifty (50) grams of methamphetamine, that is, one hundred and forty (140) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

### COUNT SIX

On or about September 7, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(4) GABRIEL GALINDO<br>
AKA SHORT DOG<br>
AKA FLEA,<br>
and (16) CASSIDY MOORE,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, one-hundred twenty and six-tenths (120.6) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

### COUNT SEVEN

On or about September 9, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(1) JESSE MARTINEZ<br>
AKA BARBITAS<br>
AKA CHUY<br>
(7) DANIEL LAZCANO,<br>
and (8) JESUSA MARTINEZ<br>
AKA BABY J,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, approximately seven

thousand nine-hundred and fifty-three (7,953) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about September 21, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(1) JESSE MARTINEZ
AKA BARBITAS
AKA CHUY,
(2) GEORGE GOMEZ
AKA QUICK,
(4) GABRIEL GALINDO
AKA SHORT DOG
AKA FLEA,
(6) LUIS RODRIGUEZ
AKA LOU,
and (9) MIKE AGUILAR,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, approximately two hundred eighty-three (283) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT NINE

On or about October 3, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(4) GABRIEL GALINDO
AKA SHORT DOG

AKA FLEA,
and (15) CHRISTOPHER YELEY,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) grams of methamphetamine, that is, approximately twenty-one and seven-tenths (21.7) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT TEN

On or about March 28, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(1) JESSE MARTINEZ
AKA BARBITAS
AKA CHUY,
and (10) JOANN MARTINEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than one (1) kilogram of heroin, that is, two thousand six (2,006) grams of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about May 16, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

(1) JESSE MARTINEZ
AKA BARBITAS
AKA CHUY,
(8) JESUSA MARTINEZ
AKA BABY J,

and (10) JOANN MARTINEZ

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, four-hundred and thirty-six and seven-tenths (436.7) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 21, United States Code, Section 853(a), as a result of the commission of a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as alleged in Counts One, Seven, Eight, Ten, and Eleven of the Indictment, notice is given to the defendants,

(1) JESSE MARTINEZ
AKA BARBITAS
AKA CHUY,
(9) JESUSA MARTINEZ
AKA BABY J,
(10) JOANN MARTINEZ

that the following is subject to forfeiture:

1. All property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2. All property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

### SPECIFIC PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture under Title 21 United States Code, Section 853 includes, but is not limited to, the following:

1. Property seized on May 16, 2023, in Nueces County from premises located at

202A Shawnee Street, Corpus Christi, Texas:

    a.  $10,086.00 in United States currency, cash.


                              A TRUE BILL:
                              <u>ORIGINAL SIGNATURE ON FILE</u>
                              FOREPERSON OF THE GRAND JURY


ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

BY:

BARBARA J. DE PEÑA
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. 24-MJ-188-GLJ |
| ANGELINA REYNOLDS, | |
| *Defendant.* | |

## ENTRY OF APPEARANCE

TO: BONNIE N. HACKLER, Clerk

COMES NOW, the plaintiff, United States of America, by Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, through T. Cameron McEwen, Assistant United States Attorney, and requests you enter my appearance as attorney of record for the plaintiff in the above captioned case.

CHRISTOPHER J. WILSON
United States Attorney

s/     T. Cameron McEwen
T. CAMERON MCEWEN, AL Bar #7161R67M
Assistant United States Attorney
520 Denison Avenue
Muskogee, Oklahoma 74401
(918) 684-5100
Cameron.McEwen@usdoj.gov

# IN THE DISTRICT COURT OF THE UNITED STATES
## OKLAHOMA EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: **24-MJ-188-GLJ** |
| vs. | ) | |
| | ) | |
| ANGELINA REYNOLDS, | ) | |
| | ) | **Hon. Gerald Jackson** |
| Defendant. | ) | |

## <u>ENTRY OF APPEARANCE OF WESLEY J. CHERRY</u>

**TO CLERK OF COURT AND ALL COUNSEL:**

**COMES NOW** Wesley J. Cherry and enters his appearance as *CJA Counsel* for the Defendant in this matter, Angelina Reynolds. Counsel requests that the Clerk of Court *enter* my appearance in this matter.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

DATED this 12th day of June, 2024.

*/s/ Wesley J. Cherry*
Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK 74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I CERTIFY that on this 12th day of June, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

U.S. Attorney (OKED)
520 Denison Ave.
Muskogee, OK  74401
(918) 684-5100 Tel.
(918) 684-5150 Fax
*Attorney for U.S.A.*

I CERTIFY that on this 12th day of June, 2024, I sent the foregoing to the following individuals without the use of the CM/ECF system, via U.S. Mail, all postage pre-paid:

NONE.

*/s/ Wesley J. Cherry*
*Attorney for Defendant*



**FILED**

JUN **1 3** 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
               Plaintiff, )
)
vs. ) Case No. 24-MJ-188-GLJ
)
ANGELINA REYNOLDS, )
)
               Defendant. )

### NOTICE OF CONSENT TO PROCEED VIA VIDEO TELECONFERENCE

    The Defendant through undersigned counsel hereby advises the Court he/she has discussed his/her right to appear in person at all hearings before this Honorable Court. The Defendant by and through his/her counsel advises the Court that he/she consents to proceed with an Initial Appearance proceeding via video teleconference.

6/12/24
_____
Date

_____
Defendant

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | Case No.: | 24-MJ-188-GLJ |
| Plaintiff, | ) | | |
| v. | ) | Date: | 06/13/2024 |
| | ) | | |
| ANGELINA REYNOLDS, | ) | Time: | 2:22 p.m. – 2:36 p.m. |
| Defendant. | ) | | |

## MINUTE SHEET
## VIDEO CONFERENCE INITIAL APPEARANCE HEARING
### (Rule 5 Out)

Gerald L. Jackson, U.S. Magistrate Judge   P. Bruce, Deputy Clerk   Reporter - none
FTR Courtroom: 4 - Room 420

Counsel for Plaintiff:   Cameron McEwen, AUSA
Counsel for Defendant:   Wesley Cherry, Appointed
☒ Defendant present with counsel via video
☐ Interpreter: _____   ☐ sworn
☒ Fin. Afdt / oral request for counsel   Obj by Gov't : ☐ yes   ☒ no   ☒ Court appointed counsel

    ☒ Defendant acknowledged receipt of copy of *Warrant/ Indictment* from Southern District of
    Texas (Case No. 24-CR-207-17)
☒  Defendant waived a formal reading of the Indictment
☒ Court advised defendant of constitutional rights under Rule 5.
☒ Court advised defendant of constitutional rights under Rule 20.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

☒ Defendant waived Identity Hearing           ☒ Waiver(s) accepted by Court
☒ Defendant waived Preliminary Hearing
☐ Defendant requested Preliminary Hearing       ☐ **Preliminary Hearing set** _____
☐ Defendant requested to proceed to prosecuting district for preliminary hearing
☐ Defendant waived preliminary hearing in this district and requested to be allowed to proceed to prosecuting
    district for further proceeding
☐ Parties have reviewed Pretrial Services Report regarding detention   Obj ☐yes ☐no - ☐ by _____
☒ Government orally requested Detention
☒ Defendant waived detention hearing in this district and requested to be allowed to proceed to prosecuting
    district for further proceeding
☐ Defendant reserved issue of detention at this time
☐ Defendant agreed issue of bond is moot
☐ Defendant requested Detention Hearing         ☐ **Detention Hearing set** _____

☒ Defendant remanded to custody of U.S. Marshal for transportation to the Southern District of Texas for
further proceedings
☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: PB



**FILED**

JUN **1 3** 2024

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF OKLAHOMA

United States of America )
          v. )
  )
  )   Case No. 24-MJ-188-GLJ
  )
ANGELINA REYNOLDS )
*Defendant* )

### ORDER APPOINTING COUNSEL

On 06/13/2024 the above named having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds that the affiant is financially unable to obtain counsel. In accordance with the Eastern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984,

      **IT IS HEREBY ORDERED** that the:

☐      Federal Public Defender is appointed to represent the above-named defendant in all further proceedings unless and until relieved by order of the court.

☑      Federal Public Defender shall forthwith furnish the name(s) of a private attorney or attorneys, as necessary, for appointment to represent the above-named defendant in all further proceedings unless and until relieved by order of the Court.

☐      The Court finds that the defendant has the financial ability to make regular periodic payments to reimburse the government for the reasonable costs of providing representation for the defendant. The Court hereby ORDERS that the defendant pay to the Clerk of the Court, 101 North Fifth Street, Room 210, Muskogee, Oklahoma, $_____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to the defendant or until further order of the Court.

☐      Federal Public Defender is temporarily appointed to represent the above-named defendant for purposes of initial appearance only.

Dated: June 13, 2024.

_____
**GERALD L. JACKSON**
**U.S. MAGISTRATE JUDGE**



AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Oklahoma

FILED

JUN 1 3 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   24-MJ-188-GLJ |
| | ) | |
| ANGELINA REYNOLDS | ) | Charging District's Case No.   CR-24-207-17 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  Southern District of Texas
_____.

I have been informed of the charges and of my rights to:

(1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)      an identity hearing to determine whether I am the person named in the charges;

(3)      production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)      a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)      a hearing on any motion by the government for detention;

(6)      request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐      an identity hearing and production of the warrant.

☐      a preliminary hearing.

☐      a detention hearing.

☒      an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      June 13, 2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Wesley S. Cherry
_____
*Printed name of defendant's attorney*

AO 94   (Rev. 01/09) Commitment to Another District



# UNITED STATES DISTRICT COURT
### for the

EASTERN DISTRICT OF OKLAHOMA

FILED

JUN 13 2024

BONNIE HACKLER
Clerk, U.S. District Court
By_____
        Deputy Clerk

United States of America )
v. )
) Case No.   23-MJ-188-GLJ
) OKND Case No.: 24-CR-207-17
ANGELINA REYNOLDS )
)
*Defendant* )

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ Southern _____ District of _____ Texas _____.

The defendant may need an interpreter for this language: _____.

The defendant:   ☐   will retain an attorney.

              ☒   is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.   The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant=s arrival so that further proceedings may be promptly scheduled.   The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   06/13/2024 _____

_____
                *Judge's signature*

_____
GERALD L. JACKSON, U.S. Magistrate Judge
                *Printed name and title*